```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
MARTIN TREPEL,                           :
                        Plaintiff,       :
                                         :      05 Civ. 9148 (DLC)
          -v-                            :
                                         :          ORDER
AIDEN MCCORMACK,                         :
                        Defendant.       :
                                         :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/06

DENISE COTE, District Judge:

By Order dated November 8, 2005, pretrial proceedings in this action were governed by the September 12, 2005, Scheduling Order in the related action <u>Trepel v. Dippold</u>, 04 Civ. 8310. The September 12 Scheduling Order in <u>Trepel</u> was amended by Order dated February 15, 2006. It is hereby

ORDERED that the February 15, 2006 Amended Pretrial Scheduling Order in <u>Trepel v. Dippold</u>, 04 Civ. 8310, shall govern all further pretrial proceedings in this action.

SO ORDERED:

Dated:    New York, New York
          April 20, 2006

                              _____
                                      DENISE COTE
                              United States District Judge