(UIES.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/06

MARTIN TREPEL,

           Plaintiff,

vs.

AIDAN McCORMACK,

           Defendant.

**STIPULATION OF DISCONTINUANCE**

05-CV-9148 (DLC)

       **IT IS HEREBY STIPULATED** by and between the undersigned attorneys acting for and on behalf of the respective parties in the above entitled action that the action be and the same hereby is discontinued without prejudice and without costs to any party as against any other.

Dated:    August 10, 2006
           Buffalo, New York

_____
Andrew Maloney, Esq.
KREINDLER & KREINDLER LLP
Attorneys for Plaintiff
100 Park Avenue
New York, NY 10017-5590

_____
Michael A. Brady, Esq.
HAGERTY & BRADY
Attorneys for Defendant
69 Delaware Avenue, Suite 1010
Buffalo, NY 14202-3875

**SO ORDERED:**

_____
U.S.D.J.

August 14, 2006